**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7121**

PAUL E. SEELIG,

             Plaintiff - Appellant,

      v.

ALVIN KELLER; ROBERT LEWIS; PAULA SMITH; GIBBS; MARK
SCHUMAN; JAMES WIGGINS; DR. BELL; M. CRUDUP, Correctional
Officer; MCRAE, Correctional Officer; JOHN DOE 1-100,
Correctional Officer; JANE DOE 1 - 100, Correctional
Officer; ELIZABETH THOMPSON; NINA SEALS; ALPHONSIA D.
COGDELL; JOHN D. FLOYD; MACRE CRIDER; SERGEANT KUHN,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge. (5:11-ct-03243-BO)

Submitted:  January 24, 2014        Decided:  February 11, 2014

Before MOTZ, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul E. Seelig, Appellant Pro Se.   Peter Andrew Regulski,
Assistant Attorney General, Raleigh, North Carolina; Francisco
Joseph Benzoni, Timothy Power Lehan, SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL & JERNIGAN, LLP, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul E. Seelig appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) civil rights action without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Seelig v. Keller</u>, No. 5:11-ct-03243-BO (E.D.N.C. June 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>